1  LOUIS A. HIGHMAN, State Bar No. 61703
   BRUCE J. HIGHMAN, State Bar No. 101760
2  HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
3  870 Market Street, Suite 467
   San Francisco, CA 94102
4  Telephone: (415) 982-5563

5  Attorneys for Plaintiff EVA RENTERIA

6  JASON W. KEARNAGHAN, ESQ
   MARLENE M. NICOLAS, ESQ.
7  SHEPPARD MULLIN RICHTER &,HAMPTON, LLP
   333 South Hope Street, 48 tn Floor
8  Los Angeles, CA 90071-1448
   Attorneys for Defendants
9
   QUAD GRAPHICS, INC. and QG,
10 LLC, formerly WORLD COLOR
   USA, LLC,
11

12

13

14                IN THE UNITED STATES DISTRICT COURT

15                   EASTERN DISTRICT OF CALIFORNIA

16                          FRESNO DIVISION

17 EVA RENTERIA,                    Case No. 1:11-cv-01859-LJO-GSA

18         Plaintiff,
                                    STIPULATION TO DISMISS ENTIRE
19                                  ACTION WITH PREJUDICE;
      -v-                           ORDER
20
                                    (F.R.Civ.P. Rule 41(a) (1)
21

22 QUAD GRAPHICS, INC. and QG,
   LLC, formerly WORLD COLOR
23 USA, LLC,

24         Defendants.

25 _____/

26      Pursuant to the provisions of F.R.Civ.P. Rule 41(a) (1),

27 plaintiff Eva Renteria and defendants Quad Graphics, Inc. and

28
                                    1
   _____
        Stipulation to Dismiss Entire Action; Order—Case No. 1:11-cv-01859-LJO-GSA

QG, LLC, formerly World Color USA, LLC (all of the parties in the above-entitled action), by and through their respective attorneys, do hereby stipulate to dismiss the above-entitled action in its entirety with prejudice. None of the parties will seek a court award for attorneys' fees and costs.

SO STIPULATED:

DATED: January 22, 2012.    LOUIS A. HIGHMAN
                                                  BRUCE J. HIGHMAN
                                                  HIGHMAN, HIGHMAN & BALL

                                                  By /s/ Louis A. Highman
                                                      Attorneys for Plaintiff
                                                      EVA RENTERIA

DATED: January 22, 2012.    JASON W. KEARNAGHAN, ESQ
                                                  SHEPPARD MULLIN RICHTER &
                                                  HAMPTON, LLP

                                                 By /s/ Jason W. Kearnaghan
                                                    Attorneys for
                                                     Defendants QUAD GRAPHICS,
                                                     INC. and QG, LLC,
                                                     formerly WORLD COLOR USA,
                                                     LLC

<u>ORDER</u>

Good cause appearing therefor, IT IS SO ORDERED. This Court DISMISSES with prejudice this entire action and all claims and DIRECTS the clerk to close this action.


IT IS SO ORDERED.

   Dated:   **February 5, 2013**              **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE

Stipulation to Dismiss Entire Action; Order—Case No. 1:11-cv-01859-LJO-GSA