LOUIS A. HIGHMAN, State Bar No. 61703
BRUCE J. HIGHMAN, State Bar No. 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: (415) 982-5563

Attorneys for Plaintiff EVA RENTERIA

JASON W. KEARNAGHAN, ESQ
MARLENE M. NICOLAS, ESQ.
SHEPPARD MULLIN RICHTER &,HAMPTON, LLP
333 South Hope Street, 48tn Floor
Los Angeles, CA 90071-1448
Attorneys for Defendants

QUAD GRAPHICS, INC. and QG,
LLC, formerly WORLD COLOR
USA, LLC,

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EVA RENTERIA, | Case No. 1:11-cv-01859-LJO-GSA |
| Plaintiff, | |
| -v- | STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER |
| | (F.R.Civ.P. Rule 41(a) (1) |
| QUAD GRAPHICS, INC. and QG, LLC, formerly WORLD COLOR USA, LLC, | |
| Defendants. | |

_____/

Pursuant to the provisions of F.R.Civ.P. Rule 41(a) (1), plaintiff Eva Renteria and defendants Quad Graphics, Inc. and

1

_____
Stipulation to Dismiss Entire Action; Order—Case No. 1:11-cv-01859-LJO-GSA

QG, LLC, formerly World Color USA, LLC (all of the parties in the above-entitled action), by and through their respective attorneys, do hereby stipulate to dismiss the above-entitled action in its entirety with prejudice. None of the parties will seek a court award for attorneys' fees and costs.

SO STIPULATED:

DATED: January 22, 2012.          LOUIS A. HIGHMAN
                                  BRUCE J. HIGHMAN
                                  HIGHMAN, HIGHMAN & BALL


                                  By /s/ Louis A. Highman
                                     Attorneys for Plaintiff
                                     EVA RENTERIA


DATED: January 22, 2012.          JASON W. KEARNAGHAN, ESQ
                                  SHEPPARD MULLIN RICHTER &
                                  HAMPTON, LLP


                                  By /s/ Jason W. Kearnaghan
                                     Attorneys for
                                     Defendants QUAD GRAPHICS,
                                     INC. and QG, LLC,
                                     formerly WORLD COLOR USA,
                                     LLC


                                ORDER

Good cause appearing therefor, IT IS SO ORDERED. This Court DISMISSES with prejudice this entire action and all claims and DIRECTS the clerk to close this action.


IT IS SO ORDERED.

   Dated:  **February 5, 2013**           **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

2

Stipulation to Dismiss Entire Action; Order—Case No. 1:11-cv-01859-LJO-GSA